```
                                                                    JS6
```

THOMAS P. O'BRIEN
United States Attorney
SANDRA R. BROWN
Assistant United States Attorney
Chief, Tax Division
DANIEL LAYTON
Assistant United States Attorney
    Room 7211 Federal Building
    300 North Los Angeles Street
    Los Angeles, California 90012
    Telephone: (213) 894-6165
    Fax: (213) 894-0115
    Daniel.Layton@usdoj.gov
Attorneys for United States of America

## UNITED STATES DISTRICT COURT

### CENTRAL DISTRICT OF CALIFORNIA

### SOUTHERN DIVISION

| | |
|---|---|
| DENNIS MATEJKA, <br><br> Plaintiff, <br><br> v. <br><br> UNITED STATES OF AMERICA, CHRYSLER FINANCIAL COMPANY, LLC., a Michigan Limited Liability Corporation, VALERIE CARROLL, COURT SERVICES, LLC., NANCY MOORE, ADELA BLANCAS; and All Persons Unknown, Claiming Any Legal or Equitable Right, Title, Estate, Lien, or Interest in the Property Described in the Complaint Adverse to Plaintiff's Title, or Any Cloud on Plaintiff's Title Thereto and DOES 1 through 10, inclusive, <br><br> Defendants. | No. SA CV08-1174 AHS (RNBx) <br><br> ORDER REMANDING CASE TO STATE COURT |

<u>ORDER</u>

    Pursuant to the stipulation between Plaintiff Dennis Matejka and Defendant United States of America,

1  IT IS ORDERED that the Complaint to Quiet Title is hereby
2  REMANDED to the Superior Court of California For The County of
3  Orange, No. 30-2008 00111905.
4  IT IS FURTHER ORDERED that the clerk shall serve a copy of
5  this Order on counsel for all parties.

6
                                    ALICEMARIE H. STOTLER
7   DATED:  December 22, 2008       _____
                                    ALICEMARIE H. STOTLER
8                                   UNITED STATES DISTRICT JUDGE

9
Respectfully submitted,
10
THOMAS P. O'BRIEN
11 United States Attorney
SANDRA R. BROWN,
12 Assistant United States Attorney
Chief, Tax Division
13

14
DANIEL LAYTON
15 Assistant United States Attorney
Attorneys for the United States
16 of America

17

18

19

20

21

22

23

24

25

26

27

28                                  2

# NOTICE PARTY SERVICE LIST

OCSC # 30-2008 00111905

**Case No.** _____  **Case Title** _____

**Title of Document** _____

| | |
|---|---|
| ☐ | ADR |
| ☐ | BAP (Bankruptcy Appellate Panel) |
| ☐ | BOP (Bureau of Prisons) |
| ☐ | CA St Pub Defender (Calif. State PD) |
| ☐ | CAAG (California Attorney General's Office - Keith H. Borjon, L.A. Death Penalty Coordinator) |
| ☐ | Case Asgmt Admin (Case Assignment Administrator) |
| ☐ | Chief Deputy Admin |
| ☐ | Chief Deputy Ops |
| ☐ | Clerk of Court |
| ☐ | Death Penalty H/C (Law Clerks) |
| ☐ | Dep In Chg E Div |
| ☐ | Dep In Chg So Div |
| ☐ | Federal Public Defender |
| ☐ | Fiscal Section |
| ☐ | Intake Section, Criminal LA |
| ☐ | Intake Section, Criminal SA |
| ☐ | Intake Supervisor, Civil |
| ☐ | MDL Panel |
| ☐ | Ninth Circuit Court of Appeal , Clerk |
| ☐ | PIA Clerk - Los Angeles (PIALA) |
| ☐ | PIA Clerk - Riverside (PIAED) |
| ☐ | PIA Clerk - Santa Ana (PIASA) |
| ☐ | PSA - Los Angeles (PSALA) |
| ☐ | PSA - Riverside (PSAED) |
| ☐ | PSA - Santa Ana (PSASA) |
| ☐ | Schnack, Randall (CJA Supervising Attorney) |
| ☐ | Statistics Clerk |

| | |
|---|---|
| ☐ | US Attorneys Office - Civil Division -L.A. |
| ☐ | US Attorneys Office - Civil Division - S.A. |
| ☐ | US Attorneys Office - Criminal Division -L.A. |
| ☐ | US Attorneys Office - Criminal Division -S.A. |
| ☐ | US Bankruptcy Court |
| ☐ | US Marshal Service - Los Angeles (USMLA) |
| ☐ | US Marshal Service - Riverside (USMED) |
| ☐ | US Marshal Service -Santa Ana (USMSA) |
| ☐ | US Probation Office (USPO) |
| ☐ | US Trustee's Office |
| ☐ | Warden, San Quentin State Prison, CA |

☐ ***ADD NEW NOTICE PARTY***
**(if sending by fax, mailing address must also be provided)**

Name:

Firm:

Address (*include suite or floor*):

*E-mail:

*Fax No.:

* For CIVIL cases only

***JUDGE / MAGISTRATE JUDGE (list below):***



**Initials of Deputy Clerk** _____